Paid $ 405.00

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Demarciano Page

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. City of Detroit,
Henry Simmons III
Felicia Manning - Peoples
Tatiana Walton

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:26-cv-12045
Assigned To : White, Robert J.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 6/18/2026
Description: CMP PAGE V CITY OF
DETROIT ET AL (MRS)

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name              Demarciano Page
Street Address    391 Monterey st
City and County   Highland Park   Wayne
State and Zip Code  MI, 48203
Telephone Number  (248), 252 9162
E-mail Address    dpageme@yahoo.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                City of Detroit
Job or Title
(if known)
Street Address      2 Woodward ave
City and County     Detroit   Wayne
State and Zip Code  Michigan   48226
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name                Henry Simmons III
Job or Title        Police
(if known)
Street Address      2 Woodward ave
City and County     Detroit   Wayne
State and Zip Code  Michigan   48226
Telephone Number
E-mail Address
(if known)

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Felicia Manning Peoples |
| Job or Title (if known) | Police |
| Street Address | 2 Woodward ave |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan 48226 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Tatiana Walton |
| Job or Title (if known) | Police |
| Street Address | 2 Woodward ave |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan 48226 |
| Telephone Number | |
| E-mail Address (if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332. a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 U.S.C § 1983, 42 U.S.C. § 1985, 4th, 6th, and 14th Amendments

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
          The plaintiff, *(name)* _Demarciano Page_,
          is a citizen of the State of *(name)* _Michigan_.

   b.     If the plaintiff is a corporation
          The plaintiff, *(name)* _____,
          is incorporated under the laws of the State of *(name)*
          _____, and has its principal place of business in the
          State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual  Henry Simmons III, Felicia Manning Peoples
          The defendant, *(name)* _Tatiana Walton_, is a citizen of the
          State of *(name)* _Michigan_. Or is a citizen of *(foreign nation)* _____.

   b.     If the defendant is a corporation
          The defendant, *(name)* _City of Detroit_, is incorporated
          under the laws of the State of *(name)* _Michigan_, and
          has its principal place of business in the State of *(name)*
          _____. Or is incorporated under the laws of
          *(foreign nation)* _____, and has its principal place
          of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: $150,000

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On September 19th, 2022, I was falsely arrested on assault and battery charges. Before I was falsely detained, I visited the City of Detroit Police Department Third precinct and filed a police report against the false witness "Regina Christine Castro." My police report was filed on September 17th, 2022. Attached to my complaint, I provided medical records showing proof of injuries, photos of shattered picture frames, and the false witness Regina Castro's criminal record, text messages and emails between myself and the false witness Regina Castro. Tatiana Walton was assigned to my police report and concealed my evidence from Wayne county Prosecutors for 10 months. Tatiana Walton decision to conceal my evidence was based on a policy according to her. Tatiana promised me that if my charges get dismissed, the City of Detroit would press charges against Regina Castro. Henry Simmons III, and Felicia Manning Peoples showed up to my apartment on Sept 19th. Both officers ignored and concealed my evidence on purpose, and arrested me without probable cause or proof that the false witness was even injured. The City of Detroit should be held liable for failing to properly train Henry Simmons, Felicia Manning Peoples, and Tatiana Walton on handling evidence correctly. I became homeless and lost my property due to the defendants concealment of evidence.   My claims are - 42 U.S.C. §1983; 1985 for violations of my 4th, 6th, and 14th amendment rights, Due process violation, No Probable cause

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I lost nearly $3000 in wages due to being falsely detained for 4 days, and calling off work due to court proceedings. I was forced off my lease due to a malicious restraining order against me. Lost my car keys while being falsely detained. I had to pay nearly $600 for new car keys. I lost my security deposit $1200 at my apartment. My bond was set at $50,000. All of my personal information was stolen (Birth certificates, SSN, State ID, Cellphone, 2 laptops). At least $10,000 worth of personel property was stolen. Landscaping equipment & photography equipment stolen. I was stressed emotionally. I'm entitled to $150,000 in damages due to the mishandling of evidence by the City of Detroit and it's employees

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6 - 18 - , 20 26 .

Signature of Plaintiff

Printed Name of Plaintiff    Demarciano Page

Phone: (248) 252-9162

address: 391, Monterey
Highland MI
zipcode - 48203

6

**Additional Information:** The first lawsuit was initiated based on false information provided by Third precint staff. They blamed Donald Upshaw for the arrest despite the fact he wasn't present on the scene. Based on the citizen complaints I obtained, Felicia Manning Peoples has a history of rejecting and ignoring citizens who provide her with information. Henry Simmons assaulted a woman, but remained employed by the City of Detroit. (According to a Citizen complaint). In this lawsuit I will provide Exhibits, showing evidence such as medical records, pictures, text messages, emails, criminal records, all evidence that was deliberately concealed by the Detroit Police involved in this case. The same day I was falsely arrested I picked up a copy of my police report. It took Wayne County Prosecutors 9 months to find out about this information. My 14th Amendment Right to Due process was violated, and 6th amendment Right to a fair trial was violated by Henry Simmons III, Felicia Manning Peoples, and Tatiana Walton. My 4th amendment right was Violated when both Henry Simmons and Felicia removed me from my property, despite the evidence I provided them. The same evidence that was concealed by Henry Simmons, Felicia, and Tatiana, was later shown on June 23rd 2023 in front of Judge Kevin Cox. All charges against me were dismissed. The City of Detroit should be held liable for not ~~being~~ training their cops properly when evidence is being provided to them.

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?                    ☐ Yes
                                                                             ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.     Other than stated above, are there any pending or previously          ☑ Yes
       discontinued or dismissed companion cases in this or any other        ☐ No
       court, including state court? (Companion cases are matters in which
       it appears substantially similar evidence will be offered or the same
       or related parties are present and the cases arise out of the same
       transaction or occurrence.)

If yes, give the following information:

Court: _Eastern District of Michigan Southern Division_

Case No.: _24-10074_

Judge: _David R. Grand_

Notes :

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

DEMARCIANO PAGE,

           Pro Se Plaintiff,

V.

CITY OF DETROIT, HENRY SIMMONS III,

FELECIA MANNING PEOPLES, TATIANA WALTON

           Defendant.

| PLAINTIFF'S EXHIBITS |
| :---: |
| A-G |

## PLAINTIFF'S EXHIBITS A - G

**EXHIBIT A – DISMISSAL LETTER / JUNE 23RD, 2023 TRANSCRIPT**

**EXHIBIT B – CONCEALED EVIDENCE (MEDICAL RECORDS, TEXT MESSAGES, & EMAILS)**

**EXHIBIT C – HENRY SIMMONS & FELICIA'S INVOLVEMENT**

**EXHIBIT D – TATIANA WALTON'S INVOLVEMENT**

**EXHIBIT E -- PROOF OF HOMELESSNESS**

**EXHIBIT F -- USB FOOTAGE OF THE FALSE ARREST 9-19-22**

**EXHIBIT G – FELICIA MANNING PEOPLE HISTORY OF IGNORING / REJECTING EVIDENCE**

1.

Approved, SCAO

Original – Court
1st copy – Prosecutor
2nd copy – Defendant/Juvenile

3rd copy – Defendant/Juvenile attorney
4th copy – Arresting agency

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | ORDER OF ACQUITTAL/DISMISSAL OR REMAND | CASE NO. 22-006527-01-FH |
|---|---|---|

ORI MI- 821095J    Court address    1441 St. Antoine – Detroit, MI 48226    Courtroom    502    Court telephone no.    313-224-2391

Police Report No.

| THE PEOPLE OF | ☒ The State of Michigan ☐ _____ | v | Defendant/Juvenile name, address, and telephone no. Demarciano Hakeem Page 311 Medbury, Apt 6  Detroit, MI  48202 |
|---|---|---|---|

| CTN/TCN 22720237-01 | SID | DOB |
|---|---|---|

☐ Juvenile In the matter of _____

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | ASSAULT W/I BREAT BODILY HARM LESS THAN MURDER | 750.84 |
| 2 | DOMESTIC VIOLENCE | 750.812 |
|  |  |  |

**IT IS ORDERED:**

☐ 1. The case is dismissed on the motion of the court    ☐ with    ☐ without    prejudice.

*Exhibit A*

☐ 2. Defendant's/Juvenile's motion for dismissal is granted    ☐ with    ☐ without    prejudice and the case is dismissed.

☐ 3. Defendant's/Juvenile's motion for dismissal is granted in part    ☐ with    ☐ without    prejudice and the following charge(s)

  is/are dismissed: _____

_____

☒ 4. Defendant/Juvenile is acquitted on all charge(s) in this case after trial by    ☒ judge    ☐ jury.

☐ 5. Defendant/Juvenile is acquitted after trial by    ☐ judge    ☐ jury    only on the following charge(s):

_____

☐ 6. Defendant/Juvenile shall be immediately discharged from confinement in this case.

☒ 7. Bond is canceled and shall be returned after costs are deducted.

☐ 8. Bond/bail is continued on the remaining charge(s).

☐ 9. The case is remanded to the _____ district court for further proceedings for the following reasons:

☒ 10. The Michigan State Police and arresting agency shall destroy the arrest record, biometric data, and, as applicable, DNA profile
  for the dismissed charge(s). The Michigan State Police shall also remove any LEIN entry concerning any dismissed charge(s).

Date   6-26-2023

Honorable Kevin J Cox    36925    Bar no.

If item 10 is checked, the clerk of the court shall provide a copy of this order to the Michigan State Police upon entry.

22-006527-01-FH
CRNGB
Found Not Guilty By Bench Trial – Order Signe
941065

MC 262  (6/19) ORDER OF ACQUITTAL/DISMISSAL OR REMAND    MCL 28.243, E    209(H)(2)

Exhibit A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF MICHIGAN,

vs                                              Case No. 22-006527-01-FH

DEMARCIANO PAGE,

     Defendant.

_____/

<u>WAIVER TRIAL</u>

BEFORE THE HONORABLE KEVIN COX, CIRCUIT JUDGE,

Detroit, Michigan - June 26, 2023

APPEARANCES:

| For the People: | GREGORY TCHORZ, P85961<br>Assistant Prosecuting Attorney<br>1441 St. Antoine<br>Detroit, Michigan 48226 |
| --- | --- |
| For Defendant Page: | GREGORY OH, P83424<br>Neighborhood Defender Service of Detroit<br>1333 Brewery Park Blvd Ste 350<br>Detroit, MI 48207 |

TRANSCRIBED RECORDING BY:  Melissa Harding, CSR 7138

(1)

T A B L E   O F   C O N T E N T S

WITNESSES:  PEOPLE                                    PAGE

None.


WITNESSES:  DEFENDANT

None.

*Exhibit - A*

EXHIBITS:                          IDENTIFIED    ADMITTED

None.

(2)

Exhibit A

Detroit, Michigan

June 26, 2023

-- --- --

(Parties present on Zoom and in the courtroom.)

(Record produced via recording.)

THE COURT:  Let's go on the record now in case number 22-006527-01-FH, People of the State of Michigan versus Demarciano Page.

Your appearances for the record.

MR. TCHORZ:  Good morning, your Honor.

Gregory Tchorz, P 85961 for the People.

MR. OH:  Good morning, Judge.

Glen Oh with NDS, P 83424, appearing on behalf of Mr. Page, who is present via Zoom.

Mr. Page, can you unmute yourself and please state your name?

THE COURT:  He is unmuted -- oh, he is muted. He is unmuted.

Mr. Page, can you tell us your name?

DEFENDANT PAGE:  Demarciano Hakeem Page.

THE COURT:  Welcome, everyone.

Okay.  Before we go any further, I do want to return the trial exhibits to the prosecutor and to Mr. Oh.

Mr. Tchorz, would you approach and grab your trial exhibits?

(3)

And, Mr. Oh, would you come forward and grab your trial exhibits?

MR. TCHORZ:  Yes, your Honor.

And if the Court could inquire as to whether or not Mr. Page consents to the hearing via Zoom.

THE COURT:  Oh, I got the impression that he did.

MR. OH:  I believe we placed that on the record on Friday.

*Exhibit A*

THE COURT:  Yeah.

MR. OH:  Mr. Page does consent.

THE COURT:  Fair enough.

You can come forward, Mr. Oh.  I think you have the blue.

Counsel, can you acknowledge receipt of the trial exhibits?

MR. TCHORZ:  Yes, your Honor.

MR. OH:  Defense acknowledges receipt.

MR. TCHORZ:  The People acknowledge as well.

THE COURT:  All right.  The Court has had an opportunity to preside over the instant trial and has, of course, heard the testimony of the witnesses, Ms. Castro and Mr. Page.  The Court has reviewed the Exhibits admitted.  The Court has also reviewed the elements of the two crimes charged in this matter, assault with intent to

(4)

Exhibit
A

do great bodily harm less than murder or assault by strangulation/suffocation, the second charge being Count Two, domestic assault.

The Court has, of course, had an opportunity to review the statutes relating to the crimes alleged as well as the information.

This Court has, of course, considered all of the above, as well as considered the applicable typical standard instructions on the law that would apply, including, of course, the presumption of innocence, the prosecutor -- the burden of proof, which is to say that the prosecutor has the burden of proving each of the elements of each of the crimes charged beyond a reasonable doubt in order for the Defendant to be found guilty.

The Court has, of course, considered the law as it applies to circumstantial evidence, credibility of witnesses, intent, and self-defense.

Frankly, I think it is quite obvious that the law that applies to credibility of witnesses is a very important component of the Court's consideration in this case.

That is to say that this case boils down to whether one is to believe the complaining witness Ms. Castro or the Defendant Mr. Page.

It is alleged in this case by the prosecution

(5)

Exhibit A

that Ms. Castro was assaulted with an intent to injure her and/or to strangle and/or suffocate her by the Defendant, or that the Defendant otherwise assaulted Ms. Castro in the context of a dating relationship.

Mr. Page has maintained that he did simply try to defend himself from an assault from Ms. Castro and/or that he merely served as a peacemaker in their, uh, unfortunate interaction of September 16, 2022, in Wayne County.

The Court should note that at all times while testifying Mr. Page's testimony was delivered by Mr. Page in a very calm, um, unemotional way. It's fair to say that Mr. Page's testimony both on direct examination and on cross-examination was consistent.

Mr. Page throughout the trial made good contact with -- good eye contact with the Court and with counsel as he was being questioned. By all appearances, Mr. Page's body language suggested confidence in his testimony and truthfulness.

On the other hand, the complaining witness Ms. Castro -- it must be said that during her testimony that there was areas of inconsistent testimony. Ms. Castro's testimony seemed to be very calculated. Appeared to be motivated as an attempt to get back at Mr. Page for the ending of their relationship.

(6)

Exhibit
A

It can be said that Ms. Castro while testifying, um, was rather adversarial at times, and oftentimes her response to questions on direct or cross-examination would exceed the scope of the questioning and in as much as she was -- appeared to be acting as an advocate.

It's fair to say that Ms. Castro did not answer questions during cross-examination or direct examination directly. She was somewhat combative. She dismissed and minimized the extent of the prior difficulties in her relationship with Mr. Page.

It is also noteworthy that Ms. Castro's testimony was impeached on cross-examination from a prior text message. And the Court distinctly recalls that on direct examination she made statements that she had never sustained a prior injury to her shoulder in any type of accident, whereas upon further examination and cross-examination, she did ultimately acknowledge that she did have prior shoulder injuries.

In short, the Court did not find Ms. Castro to be a very credible witness.

As such, the Court finds that the People cannot and have not shown or proven beyond a reasonable doubt that Mr. Page assaulted and/or strangled and/or suffocated Ms. Castro in any way on September 16, 2022.

(7)

Exhibit
A

To the extent that there was a physical involvement between the two parties, the Court is of the opinion that Mr. Page was attempting to defend himself from an assault initiated by Ms. Castro.

For that reason, the Court must find that Mr. Page is not guilty of Count One, assault with intent to do great bodily harm less than murder and/or strangulation and/or suffocation.

And similarly, Mr. Page must be found not guilty of Count Two, domestic assault.

Is there anything further from the People?

MR. TCHORZ:  No, your Honor.

THE COURT:  Mr. Oh?

MR. OH:  No, Judge.

THE COURT:  All right.  Within a matter of minutes, the Court will sign the appropriate paperwork.

Does Mr. Page have a tether or anything?

MR. OH:  No, Judge.

THE COURT:  All right.  So we'll sign the appropriate paperwork momentarily.

That concludes this proceeding.

Good luck to you, Mr. Page.  You can log off at this time.

(Record concluded.)

(8)

R E P O R T E R ' S    C E R T I F I C A T E

I do hereby certify that I have transcribed the RECORDED PROCEEDINGS via VIDEO RECORDING in the above-entitled matter at the time and place hereinbefore set forth, and that the foregoing is a **rendition of the proceedings** had in the above-entitled matter; and I do further certify that the foregoing transcript has been prepared by me via recording to the best of my abilities.

Exhibit A

_____/S/ Melissa Harding_____

Melissa Harding, CSR 7138

Court Reporting Services

1441 St. Antoine

Detroit, Michigan 48226

Dated:   May 3, 2024

(9)

Exhibit B



### DETROIT POLICE DEPARTMENT -THIRD PRECINCT

2875 W. GRAND BOULEVARD

DETROIT, MI 48202

Police MAIN: (313) 596- 5300     DETECTIVES: (313) 596-1340

DATE 9/17/22  REPORT# 220917-0144

## Civilian DOSO COOPER

**(Name of person taking report)**

A copy of a Vehicle accident report can be picked up in person and will be ready 7 business days after it has been reported. There is a fee of $10.00 (cash only), and you may also retrieve a vehicle accident report online at or www.authorizetransaction.com at a $17.00 charge.

A copy of an Incident report can be picked up in person and will be ready 5 business days after it has been reported. There will be a fee of $10.00 (cash only).

Detroit Police Department Records and Gun Registration is located at 2875 W. GRAND BLVD. St., Detroit, MI 48202. Hours of operation are 8:00 a.m. to 3:30 p.m. Monday through Friday and may be contacted at the following:

IDENTIFICATION: 313-596-5392             Telephone Crime Reporting (313) 267-4600 (24 Hours)

RECORDS (313)596-1909                        GUN DESK: 313-596-1984







Exhibit B



Exhibit
B



Exhibit B

Demarciano Page injuries from Regina Castro Assault

Page 1 of 2

Exhibit B

PAGE, Demarciano Hakeem **DOB:** 09/05/1991 (31 yo M) **Acc No.** UD57705 **DOS:** 09/17/2022

## Page, Demarciano Hakeem

31 Y old Male, DOB: 09/05/1991
Account Number: UD57705
391 Monterey St, Highland Park, MI-48203-3423
Guarantor: Page, Demarciano Hakeem
Insurance: PRIORITY HEALTH CLAIMS Payer ID: 38217
PCP: PCP Different
Appointment Facility: Hamtramck Community Medical Center DBA

09/17/2022                                    Progress Notes: Redwan Uddin, MD

### Current Medications
None

### Past Medical History
Medical History Verified.

### Surgical History
No Surgical History documented.

### Family History
Father: alive, diagnosed with Hypertension
Mother: deceased
2 brother(s) , 2 sister(s) - healthy.

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
General/Constitutional:
   Change in appetite denies.
Chills denies. Fever denies.
Ophthalmologic:
   Blurred vision denies.
Discharge denies. Pain denies.
ENT:

### Reason for Appointment
1. Pain and tingling in left wrist ,sprain lt wrist following pushing and pulling by girl friends---yesterday 9/16/22,6;30 pm
2. Scratch on the forehead

### History of Present Illness
Addmission:
   lt wrist pain following a fight with girl friend and scratches on the fore head.

### Vital Signs
Temp **97.1**, BP **138/85**, Ht **72**, Wt **233**, BMI **31.60**.

### Examination
General Examination:
   GENERAL APPEARANCE: well developed, well nourished, in no acute distress. HEAD: normocephalic,atraumatic. EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric. EARS: normal. ORAL CAVITY: mucosa moist. THROAT: clear. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy. SKIN warm and dry, no suspicious lesions, two scretch marks on the fore head. HEART: regular rate and rhythm, S1, S2 normal, no murmurs. LUNGS: clear to auscultation bilaterally. ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal. EXTREMITIES: no clubbing, cyanosis, or edema, lt wrist no swelling painful movement. NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

### Assessments
1. Sprain of left wrist, initial encounter - S63.502A (Primary)
2. Skin abrasion - T14.8XXA

### Treatment
**1. Sprain of left wrist, initial encounter**
Start Ibuprofen Tablet, 600 MG, 1 tablet with food or milk as needed, Orally, Three times a day, 10 days, 30 Tablet, Refills 0
Start Voltaren Gel, 1 %, as directed, Externally, twice a day, 30 days, 100, Refills 0

PAGE, Demarciano Hakeem **DOB:** 09/05/1991 (31 yo M) **Acc No.** UD57705 **DOS:** 09/17/2022

*Exhibit B*

Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:

Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:

Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:

Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:

Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:

Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:

Patient complaining of lt wrist pain. Painful joints denies. Weakness denies.

Skin:

Patient complaining of skin abrasion on the fore head. Dry skin denies. Itching denies. Rash denies.

Neurologic:

Dizziness denies. Fainting denies. Headache denies.

**Visit Codes**
99203 Office Visit, New Pt., Level 3.

**Follow Up**
1 Week with pcp



Electronically signed by Redwan Uddin , MD on 09/18/2022 at 11:20 AM EDT

Sign off status: Completed

Hamtramck Community Medical Center DBA
9740 CONANT ST
HAMTRAMCK, MI 48212-3307
Tel: 313-265-3140
Fax: 313-265-3934

✕   ⌄   o̶   **Maryland Judiciary C...**   ⤳   🔖   ⋮
casesearch.courts.state.md.us

Search Again

## Search Results

Exhibit B

**Search Criteria:** | First Name: **REGINA** | Last Name: **CASTRO**

7 items found, displaying all items.

1

CaseSearch will only display results for cases that exist
and for which the case's existence or a person's identity is
not protected information under the Maryland Rules on
Access to Court Records.

| Case Number | Name | Date of Birth | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|---|
| 316495V | Castro, Regina C | | Defendant | Montgomery County Circuit Court | Judgment - State Tax Lien | Closed | 07/13/2009 | MARYLAND STATE vs. REGINA CASTRO |
| 356062V | Castro, Regina C | | Defendant | Montgomery County Circuit Court | Judgment - State Tax Lien | Closed | 12/01/2011 | MARYLAND STATE vs. REGINA CASTRO |
| 381408V | Castro, Regina C | | Defendant | Montgomery County Circuit Court | Judgment - State Tax Lien | Closed | 09/13/2013 | MARYLAND STATE vs. REGINA CASTRO |
| 56016FL | Castro, Regina C | | Plaintiff | Montgomery County Circuit Court | Divorce - Absolute | Closed | 07/19/2006 | REGINA OWENS vs. SERGIO CASTRO |
| 137644FL | Castro, Regina Marie | | Plaintiff | Montgomery County Circuit Court | Divorce - Absolute | Closed | 07/13/2016 | REGINA CASTRO vs. GERMAIN ALLEN |
| 060200004942008 | Castro, Regina | | Plaintiff | Silver Spring District Court 02 | Detinue | Closed | 02/04/2008 | CASTRO, REGINA vs HAQQ, ABDUL KARIM |
| 060200246902008 | Castro, Regina | | Plaintiff | Silver Spring District Court 02 | Contract | Closed | 10/22/2008 | CASTRO, REGINA vs REED, ALEXIS et al |

Exhibit B:

Regina
Castro's Criminal
record

Case Number  0E00241598

Case Type  NON FELONY

Classification  CRIMINAL

Counts  001

Crime County  PRINCE GEORGES

Offense Code  CR.3.203

Offense Date  04/29/2004

Offense Description  ASSAULT-SEC DEGREE

Charges Filed Date  05/23/2004

Court  DISTRICT COURT FOR PRINCE GEORGE'S COUNTY - CRIMINAL SYSTEM

Plea  OTHER PLEA

Disposition  NOLLE PROSEQUI

Disposition Date  06/10/2004

ASSAULT-SEC DEGREE                    2004                    Close

REGINA CHRISTINE CASTRO

# Criminal or Traffic

Exhibit B
B Regina Castro's
Criminal Record

## ASSAULT-FIRST DEGREE

Location **MD**

Court Date **06/25/2010**

Date of Offense 05/06/2010

Court Case Number 2D00248334

Court Case Description DISTRICT

Court Disposition NOLLE PROSEQUI Status:CLOSED

Court Offense ASSAULT-FIRST DEGREE

Court Statute CR.3.202

Court Plea OTHER PLEA

Court Fines -

Show more about this case

## ASSAULT-SEC DEGREE

Location **MD**

Court Date **07/29/2010**

Date of Offense 05/06/2010

Court Case Number 2D00248334

Court Case Description DISTRICT

Court Disposition NOLLE PROSEQUI Status:CLOSED

Court Offense ASSAULT-SEC DEGREE

Court Statute CR.3.203

Court Fines -

Show less about this case

## Identifying Info on Record

Name on record REGINA OWENS-CASTRO

Offender's address 10409 Colesville Rd Silver Spring, MD 20901

Exhibit B

## Case Information

Court System: **Circuit Court For Montgomery County - Family**
Location: **Montgomery Circuit Court**
Case Number: **56016FL**
Title: **REGINA OWENS vs. SERGIO CASTRO**
Case Type: **Divorce - Absolute**
Filing Date: **07/19/2006**
Case Status: **Closed**
Magistrate: **Wisor, Clark E**

## Involved Parties Information

### Plaintiff

Name: **OWENS, REGINA C**

Address: **14317 BEL PRE DRIVE**
City: **SILVER SPRING**   State: **MD**   Zip Code: **20906**

### Aliases

Standard : **CASTRO, REGINA C**

### Attorney(s) for the Plaintiff

Name: **SHURBERG, JONATHAN SETH**
Appearance Date: **08/07/2007**
Removal Date: **05/31/2008**
Address Line 1: **305 HAMILTON AVE**
City: **SILVER SPRING**   State: **MD**   Zip Code: **20901**

Name: **CHRISTIAN, GABRIEL**
Appearance Date: **07/20/2006**
Removal Date: **05/31/2008**
Address Line 1: **3060 MITCHELLVILLE RD STE 216**
City: **BOWIE**   State: **MD**   Zip Code: **20716**

### Defendant

Name: **CASTRO, SERGIO D**

Address: **12811 BUCKINGHAM DRIVE**
City: **BOWIE**   State: **MD**   Zip Code: **20715**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Conference - | | | Salant, | Conversion - | | |

Exhibit A

## Case Detail

## Case Information

Court System: **District Court For Montgomery County - Family**
Location: **Silver Spring**
Case Number: **06-02-SP00185-2006**
Title:
Case Type: **Domestic Violence**
Filing Date: **02/28/2006**
Case Status: **Closed**

## Involved Parties Information

### Defendant

Name: **CASTRO, SERGIO**

Address: **4100 PEPPERTREE LN**
City: **SILVER SPRING**   State: **MD**   Zip Code: **209060000**

## Document Information

File Date:         **02/28/2006**
Document Name: **Initial Case Filing**
Comment:

File Date:         **02/28/2006**
Document Name: **Interim Protective Order**
Comment:

File Date:         **02/28/2006**
Document Name: **Hearing Scheduled**
Comment:

File Date:         **02/28/2006**
Document Name: **Hearing Scheduled**
Comment:

File Date:         **02/28/2006**
Document Name: **Service**
Comment:

File Date:         **02/28/2006**
Document Name: **Protective Order**



## LEASE AGREEMENT

*Exhibt B*

THIS AGREEMENT is entered into on the:

Date: 06/26/2020

by and between:

Landlord: Platinum Real Estate

Tenant: Demarciano Page

in respect to leasing the following premises located at:

Address: 730 Whitmore, Apt. #A-8 Detroit, MI 48203

in accordance with the terms and conditions set forth below:

term of lease: 12 months

commencing on: 06/26/2020   and   terminating on: 06/30/2021

Rent shall be: $7,020.00   for   12 months

to be paid in monthly installments of: $585.00   The rent is subject to increase as set forth below this lease.

The rent shall be payable monthly in advance on or before the first calendar day of each month at 2690 Ewald Circle Apt # 27, to Landlord or to such other 3rd party or person as Landlord from time to time by written notice may designate. Any payment due to be made by the Resident which is received after the 6th calendar day of the month in which it is due shall be subject to late charges of $50.00 per month based upon the payment due and owing.

| Water Paid By: | ○ Tenant  ● Owner | Trash Removal Paid By: | ○ Tenant  ● Owner |
| --- | --- | --- | --- |
| Electric Paid BY: | ● Tenant  ○ Owner | Appliances Included: | ● Stove  ● Refrigerator |
| Gas Paid By: | ○ Tenant  ● Owner | | |

Initials  *DP*   Initials



## LEASE AGREEMENT

*Exhibit B*

THIS AGREEMENT is entered into on the:

Date: 08/01/2022

by and between:

Landlord: Platinum Real Estate

Tenant: Demarciano Page & Regina Castro ⟵

in respect to leasing the following premises located at:

Address: 311 E. Edsel Ford, Apt. #6 Detroit, MI 48202

in accordance with the terms and conditions set forth below:

term of lease: 12 months

commencing on: 08/01/2022    and    terminating on: 07/31/2023

Rent shall be: $12,000.00    for    12 months

to be paid in monthly installments of: $1,000.00    The rent is subject to increase as set forth below this lease.

The rent shall be payable monthly in advance on or before the first calendar day of each month at 2690 Ewald Circle Apt # 27, to Landlord or to such other 3rd party or person as Landlord from time to time by written notice may designate. Any payment due to be made by the Resident which is received after the 6th calendar day of the month in which it is due shall be subject to late charges of $50.00 per month based upon the payment due and owing.

Water Paid By:    ○ Tenant    Trash Removal Paid By:    ○ Tenant
                  ● Owner                              ● Owner

Electric Paid BY:    ● Tenant    Appliances Included:    ● Stove
                    ○ Owner                             ● Refrigerator

Gas Paid By:    ● Tenant
                ○ Owner

Initials ___DP___    Initials _____

# Platinum Real Estate

2690 Ewald Circle, Suite 27
Detroit, Michigan 48238
(313) 934-2444-Phone (313) 934-4583-Fax

## SECURITY DEPOSIT INSTALLMENT AGREEMENT

This Agreement is made on ___August 1___ 20 22 ___ between __ACP Detroit_____
(Owner) and __Demarciano Page & Regina Castro_____ (Resident(s) whose
current address is _311 E. Edsel Ford Fwy., Apt #6,_ Detroit, Michigan 48203.

Move-in date: _August 1, 2022_____
Monthly Rent: $ _1,000.00_____ Security Deposit: $ _1,000.00*_ Monthly Installment Amount: $207.50

*Exhibit B* (handwritten in left margin)

1. Owner grants permission to Residents to pay the $415.00 balance due on the required
   $ _1,000.00_____ security deposit in equal monthly installments of $ _207.50_ each to
   commence on _September 1, 2022_ and to be paid on the 1st of each month thereafter;
   security deposit shall be paid in full no later than _October 1, 2022_.

2. **TERMS:** Resident has deposited the Security Deposit Installment Agreement
   (Agreement) for the faithful performance of all terms and conditions of the Lease
   Agreement and this Agreement. This Agreement shall be added to the Lease Agreement
   and be subject to all the other terms and conditions regarding the Security Deposit.

3. **INTERPRETATION:** This Agreement supplements the terms and conditions of the Lease
   Agreement regarding payment of the security deposit only. **All rights and remedies of
   Landlord are cumulative. Any default under this Agreement shall constitute a default
   under the Lease Agreement.**

**This is a legally binding contract.**

_Regina Castro_ (signature)      _August 01, 2022_ (handwritten)
Resident Signature      Date
Printed name:_____

_(signature)_      _8-1-22_ (handwritten)
Resident Signature      Date
Printed name:_____

_(signature)_      _Aug 1, 2022_ (handwritten)
Owner/Agent      Date
*Tenant Demarciano Page transferred a $585.00 deposit from his previous unit at 730
Whitmore, Apt #A-8, Detroit, MI 48203.

1



Regina Castro
emails she
sent me looking
for a new house
& apartment

Exhibit B

**Regina Castro**
rccastro1204@gmail.com
(248) 767-0636

Emails    Files    Photos

☆ Starred    ◁ Sent    ✉ Received

☐    OLDER    Edit

**Regina Castro**    7/18/21
9887 Pardee Rd, Taylor, MI 48180 | Trulia
https://www.trulia.com/p/mi/taylor/9887-pa...    ☆
📁  Inbox/dpage313@yahoo.com

**Regina Castro**    7/14/21
Fwd: New rental in Wyandotte, MI at $1,200
---------- Forwarded message --------- From:...    ☆
📁  Inbox/dpage313@yahoo.com

Regina Castro    7/11/21
1509 Chestnut St, Wyandotte, MI 48192 | Tr...
https://www.trulia.com/p/mi/wyandotte/150...    ☆
📁  Inbox/dpage313@yahoo.com

Regina Castro    🔗 7/10/21
Holiday InnScreenshot (Jul 10, 2021 6:23:03...
(No content)    ★
📁  Inbox/dpage313@yahoo.com

Regina Castro    7/6/21

Exhibit B



Exhibit B



Exhibit B



← Regina's Tablet   🎥 📞 🔍 ⋮

Saturday, Jun 26, 2021 • 4:15 PM



Check out this home on Trulia! https://www.trulia.com/p/mi/southgate/15633-cameron-st-southgate-mi-48195--2050481928?share_from=sms

Exhibit B



Check out this home on Trulia! https://www.trulia.com/p/mi/taylor/15703-dupage-blvd-taylor-mi-48180--1007743634?share_from=sms

Tuesday, Aug 10, 2021 • 8:03 PM

Woodhaven, MI Multi Family Homes for Sale & Real Estate | realtor.com https://www.realtor.com/realestateandhomes-detail/2484-Woodmere-St_Detroit_MI_48209_M49534-90555

Tuesday, Oct 5, 2021 • 4:48 PM

Home https://trendingnewsus.co/windows-program101/?cep=hQsxj95VG8QjL9PpijmAcAllBHyYkSVbpV3kLoDhCQrrEMgzvylEjqVB4fXvgjzLw-1XDleToXE5W3r  amr4HiAbsrVGRv0vWgQKT  ↓  NbYCJFAc6OzNkFIcdsNy_ьᴎᴧaei3RPS3E

⊕  🖼   Text message   ☺  🎤

*Exhibit B*




← Regina's Tablet ▢◄ 📞 🔍 ⋮

-located/7487010654.html



Tap to load preview



4 Bedroom/1 Bath Bungalow -
Located in beautiful Lincoln Park in
the...
https://detroit.craigslist.org/wyn
/apa/d/lincoln-park-bedroom-bath
-bungalow/7491341986.html



Tap to load preview



Lincoln Park- 3 Bedroom 1 Bath
Home Available Now! - apts/
housing...
https://detroit.craigslist.org/wyn/apa
/d/lincoln-park-lincoln-park-bedroom
-bath/7486644132.html



Tap to load preview





Southgate- Beautiful 3 Bedroom 2
Bath Home Available Now! -...
https://detroit.craigslist.org/mcb
/apa/d/detroit-s ↓ ɡate-beautiful
-bedroom/74908__ _23.html#

  Text message

←  Regina Castro

Ok 👌

I meant to text the number 1302

12:01 PM

Thursday, Aug 11, 2022 • 5:25 PM

The new furniture looks great! 🤯🤠👌

5:25 PM MMS

I'm Driving

- Sent from My Car

Friday, Aug 12, 2022 • 8:31 PM

Exhibit - B

## CASE SUPPLEMENTAL REPORT

Printed: 09/20/2022  18:43

*Detroit Police Department*

OCA: **2209160301**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*          **Case Mng Status:** *ACTIVE*          Occurred: *09/16/2022*

**Offense:** *ASSAULT AND BATTERY/SIMPLE ASSAULT*

**Investigator:** *SIMMONS, HENRY D*  (241614)          Date / Time: *09/19/2022 13:17:25, Monday*

**Supervisor:** *AMARANTE, LENIN B*  (238612)          Supervisor Review Date / Time: *09/19/2022 17:15:44, Monday*

**Contact:**          Reference: *Additional Information  Discovered*

[09/19/2022 13:17, SIMMONSH614, 27439]
PO H.SIMMONS BADGE 4168
PO F.MANNING-PEOPLES BADGE 4883
SCOUT 3-4
VEHICLE 205038
NO FORCE USED
BWC ACTIVATED

*Exhibit C*

A.YES, DEMARCIANO HAKEEM PAGE B/M DOB 9/5/91

S-POLICE RUN TO 311 EDSEL FOR FWY APARTMENT 6

C- ON MONDAY, SEPTEMBER 19, 2022 AT APPROXIMATELY 12:25 HOURS, SCOUT WAS DISPATCHED TO THE LISTED ABOVE LOCATION FOR A DOMESTIC DISTURBANCE. I POLICE OFFICER H.SIMMONS BADGE 4168, MADE THE INITIAL REPORT REGARDING THE OFFENDER ASSAULTING THE VICTIM. THE OFFENDER WAS ON SCENE TODAY UPON SCOUT ARRIVAL AND I CONTACTED THE DOMESTIC VIOLENCE UNIT AND BRIEFED THEM ON THE CIRCUMSTANCE. PER DETECTIVE UPSHAW HE INFORMED ME TO MAKE THE ARREST PER HIS SUPERVISION.

MR.PAGE WAS TAKEN TO THE DETROIT DETENTION CENTER FOR BOOKING AND PROCESSING WITHOUT INCIDENT.

RP#22-0916-0301

LISTED BELOW IS THE INITIAL REPORT.
*********************************************************************************************
ON FRIDAY, SEPTEMBER, 16, 2022, AT APPROXIMATELY 17:41 HOURS, SCOUT MADE LOCATION AND TALKED TO THE VICTIM, REGINA CASTRO B/F DOB ████, WHO STATED HER BOYFRIEND, DEMARCIANO PAGE B/M DOB 9/5/91, ASSAULTED HER. THE ASSAULT INITIATED FROM A PREVIOUS DISPUTE WHICH CYCLED INTO TODAY.  MS.CASTRO STATED HER BOYFRIEND ATTEMPTED TO TAKE HER PERSONAL BELONGINGS AND SHE ATTEMPTED TO STOP HIM BUT WAS UNSUCCESSFUL. DURING HER ATTEMPT, HE PUSHED HER AGAINST THE WALL AND POSITIONED HER IN THE FULL-NELSON. UPON SCOUT ARRIVAL, MR.PAGE WAS GONE. AFTER CONCLUDING MY INTERVIEW, MS.CASTRO WAS ISSUED A REPORT NUMBER. VICTIM WANTS TO PROSECUTE.

O-NO MARKS OR BRUISE WERE OBSERVED. MEDIC 6 MADE THE SCENE BUT MS.CASTRO REFUSED MEDICAL ATTENTION.

**Investigator Signature**          **Supervisor Signature**

| Agency Name | | INCIDENT/INVESTIGATION | Case# |
|---|---|---|---|
| **Detroit Police Department** | | **REPORT** | **220917-0144** |

| | | | | |
|---|---|---|---|---|
| ORI | **MI 8234900** | | Date / Time Reported | 09/17/2022 10:33   Sat |
| | | | Last Known Secure | 09/16/2022 05:00   Fri |
| Location of Incident | | Gang Relat | Premise Type | Zone/SCA |
| 311 E EDSEL FORD FWY, Detroit MI 48202 | | NO | Residence/home | 306 |
| | | | At Found | 09/16/2022 06:00   Fri |

**INCIDENT DATA**

| #1 | Crime Incident(s) | (Com ) | Weapon / Tools   Unknown | | | | Activity N |
|---|---|---|---|---|---|---|---|
| | General Non-criminal 99009 | | Entry | Exit | | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |

MO

**VICTIM**

| # of Victims  0 | Type: | | Injury: | | | | | Domestic: NO | |
|---|---|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| | Home Address | | | Email | | | | Home Phone | |
| | Employer Name/Address | | | | | Business Phone | | Mobile Phone | |
| VYR | Make | Model | Style | Color | | Lic/Lis | VIN | | |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)      WI = Witness     IO = Involved Other      RP = Reporting Person (if other than victim)

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code IO | Name (Last, First, Middle) CASTRO, REGINA CHRISTINE | | Victim of Crime # | DOB 05/12/1970 Age  52 | Race B | Sex F | Relationship To Offender | Resident Status Resident | Military Branch/Status |
| Home Address 311 MEDBURY ST  DETROIT, MI 48202 | | | | Email | | | | Home Phone 248-767-0636 | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code RP | Name (Last, First, Middle) PAGE, DEMARCIANO HAKEEM | | Victim of Crime # | DOB 09/05/1991 Age  31 | Race B | Sex M | Relationship To Offender | Resident Status Resident | Military Branch/Status |
| Home Address 391 MONTEREY ST - 6 HIGHLAND PK, MI 48203 | | | | Email | | | | Home Phone 248-252-9162 | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Status**

| Officer/ID# | Cooper, Lakenya     (3RD) | | |
|---|---|---|---|
| Invest ID# | Walton, Tatiana P     (DET, SC) | Supervisor | Amarante, Lenin B     (EAS, 3RD) |
| Complainant Signature | | Case Status  Active     07/02/2023 | Case Disposition:     Page 1 |

R_CS1TBR          Printed By: 868.          Sys#: 811336          01/12/2024 10:19

Exhibit - D

Exhibit E
Proof of
Homelessness



← 

## Re: Emergency shelter

**D** Me                                      11/28/22 ☆ ⋮
To: camdetroit@swsol.org ⌄

Hello, my name is the Demarciano Page and I was
contacting you guys to seek emergency shelter. I'm 31
years old and I'm currently working at ABC student
transportation

Sent from Yahoo Mail on Android

♥   👍   😆   🎉   ☺+

**C** CAMDetroit                              11/28/22 ★ ⋮
To: Me ⌄

Thank you for contacting us,

We are operating completely by phone, please contact us
at 313-305-0311. We are experiencing high call volumes;
we apologize for the wait times.

CAM Detroit
Access Hotline: 313-305-0311
camdetroit@swsol.org
www.camdetroit.org
Office Temporarily Closed
1600 Porter St. Detroit MI 48216

Show trimmed content

♥   👍   😆   🎉   ☺+

Write a reply...

🗑        ↩        ➡        ⬆        ⋮
Delete    Reply    Forward    Move    More

Home    Finances    Send and Request    Deals    Wallet    **Activity**    Help        LOG OUT

🔍 dearbor                                                                    ✕        ⬇

Filter by

Date: 01/01/22 to 01/31/23    Type    Status

**Jan 2023**

**RED ROOF INN - DEARBOR**                                                  – $348.09
Jan 29 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $223.20
Jan 26 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $225.16
Jan 21 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $68.83
Jan 17 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $147.48
Jan 15 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $66.29
Jan 8 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $397.74
Jan 2 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**Dec 2022**

**RED ROOF INN - DEARBOR**                                                  – $331.45
Dec 27 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $331.45
Dec 23 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $209.91
Dec 19 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $66.29
Dec 14 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $215.99
Dec 10 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $163.52
Dec 4 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $62.14
Dec 3 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**RED ROOF INN - DEARBOR**                                                  – $58.00
Dec 2 · COMPLETED - Payment - PayPal Debit Mastercard x-3919

**P** PayPal    Help    Contact Us    Security    Fees

©1999-2023 PayPal, Inc. All rights reserved.    Privacy    Cookies    Legal    Policy Updates

*Exhibit E*
*Proof that I*
*was homeless*
*after false arrest*

Exhibit E
Text between
myself and
lawyer, proof
of homelessness



## Your Wed Jan 25, 2023 reservation is confirmed.

From:   Red Roof Inn (noreply@my.redroof.com)

To:   dpageme@yahoo.com

Date:   Wednesday, January 25, 2023 at 01:43 PM EST

*Exhibit E*



## Hi DEMARCIANO

We're looking forward to seeing you on Wed Jan 25, 2023.
**Confirmation Number 182-932313**

## Red Roof Inn Detroit - Dearborn/Greenfield Village

24130 Michigan Avenue Dearborn, MI 48124 US      1-313-278-9732

| Check In | Nights | Check Out |
|---|---|---|
| Wed Jan 25, 2023 | 3 Nights | Sat Jan 28, 2023 |

### Confirmation Details

| Guest Name | DEMARCIANO PAGE |
|---|---|
| | RediRewards# 6006260902 |

**Room Details**

**Confirmation Number 182-932313**

Standard King Smoke Free

**Rate Per Night**

| | |
|---|---|
| Wed Jan 25, 2023 | 67.63 USD |
| Thu Jan 26, 2023 | 64.96 USD |
| Fri Jan 27, 2023 | 69.41 USD |
| Subtotal Room Rate | 202.00 USD |
| Room Rate Taxes & Fees | 21.20 USD |
| Subtotal Additional Charges with Taxes | 0.00 USD |
| RediPoints Applied | 0 RediPoints |
| **Estimated Total** | **223.20 USD** |



## CITIZEN COMPLAINT REPORT

**CCR# 73639**
**BPC# 21-689**

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 7/2/2021 - 4:04 PM | GARDNER, JOHNATHON ▮ | 3RD PRECINCT |

### CITIZEN

Citizen's Involvement: **COMPLAINANT**
Relation To Victim: **SELF**

| Last Name | First Name | MI | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|
| Pugh | Shanesha | | ▮ | 35 | Black | Female |

| Street Address | Apt | City | State | Zip |
|---|---|---|---|---|
| ▮ | | Detroit | MI | 48202 |

| Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|
| ▮ | | | | |

### COMPLAINT

Officer's Involvement: **ACCUSED**
Unit Involved: **3RD PRECINCT**

| Officer's Name | Badge | Rank |
|---|---|---|
| PEOPLES, FELICIA T | 4883 | POLICE OFFICER |

| (2) ALLEGATION | FINDING |
|---|---|
| SERVICE | **PENDING** |
| DEMEANOR | **PENDING** |

### INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 6/21/2021   2:30 PM | | ▮ | | 48202 | 0 | 0 |

**Activity**
3RD PRECINCT

**Details of Incident**

On June 22nd, 2021 Ms. Pugh (who works at the 3rd Pct Gun Desk) and Officer Manning-Peoples where involved in a verbal disagreement. Ms. Pugh stated that Manning-Peoples was unnecessarily rude and continued to be rude to her even several days after June 22nd, 2021. Stated Officer Manning kept bringing the situation up in a loud manner to other officers and people in the area, in a manner that she deemed antagonizing. Ms. Pugh stated ever since then there have been several other disagreements back and forth on June 24th, June 29th, and as recently as today July 2nd, 2021. Ms. Pugh stated PO Manning-Peoples interjects herself into her work and is not doing it properly which in turn could appear to be a neglect on her duties. Ms. Pugh stated Officer Manning-Peoples is creating a hostile work environment by repeatedly antagonizing her to other people while she is within earshot.

*Exhibit G*

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Walk In | 7/2/2021 |

| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: Yes |
|---|---|---|
| | | Officer-in-Charge Signed: Yes |

 **detroit police**

## CITIZEN COMPLAINT REPORT

CCR# 71609
BPC# 19-960

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 10/14/2019 - 9:08 AM | SLOAN, LISONYA ▉ | FFICE OF THE CHIEF INVESTIGATO |

### CITIZEN

| Citizen's Involvement: **COMPLAINANT** | Last Name | First Name | MI | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| Relation To Victim: **SELF** | Hurst | Angela | | ▉ | 53 | Unknown | Female |

| | Street Address | | Apt | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| | ▉ | | | Detroit | | MI | 48201 |

| | Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|---|
| | ▉ | | | | |

### COMPLAINT

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **3RD PRECINCT PDU** | PEOPLES, FELICIA T | 4883 | POLICE OFFICER |

| (2) | ALLEGATION | | FINDING |
|---|---|---|---|
| | PROCEDURE | | NO CHARGE |
| | DEMEANOR | Unprofessional and Rude Langu | INCONCLUSIVE |

### INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 10/14/2019   8:15 AM | | ▉ | | 0 | 0 | 0 |

| Activity | Details of Incident |
|---|---|
| ◉ INVESTIGATION | The complainant alleged she is being harassed by her ex-landlord, Kelly Wilder, and filed Incident Report 191011-02277.  The complainant alleged she was called by Officer Peoples who told her that she was lying.  The complainant alleged Officer Peoples told her that she believed something was wrong with her and that she should be checked out by a doctor. |

*Exhibit G*

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Telephone(or TDD) | 10/14/2019 |

| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: Yes |
|---|---|---|
| | | Officer-in-Charge Signed: Yes |

 **detroit police**

# CITIZEN COMPLAINT REPORT

CCR# 63783
BPC# 13-424

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 5/20/2013 - 3:50 PM | MILES, ELAINE R ▇ | O.C.I. |

## CITIZEN

| | | | | | | |
|---|---|---|---|---|---|---|
| Citizen's Involvement: **COMPLAINANT** | Last Name | First Name | MI | Date of Birth / Age | Race | Sex |
| Relation To Victim: **SELF** | Loury | Yukima | | ▇ / 3 | | Male |

*Exhibit G* (handwritten)

| Street Address | Apt | City | State | Zip |
|---|---|---|---|---|
| ▇ | | Detroit | MI | 48214 |

| Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|
| ▇ | | | | |

## COMPLAINT

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **COMMERCIAL AUTO THEFT SE** | BERRYMAN, JOHN M | 62 | DETECTIVE |

| (1) ALLEGATION | FINDING |
|---|---|
| SERVICE | UNFOUNDED |

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **CRIMINAL INVESTIGATIONS U** | GRANGER, STANLEY | 141 | INVESTIGATOR |

| (1) ALLEGATION | FINDING |
|---|---|
| SERVICE | UNFOUNDED |

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **CRIMINAL INVESTIGATIONS U** | DAVIS, TIA L | 811 | DETECTIVE |

| (1) ALLEGATION | FINDING |
|---|---|
| SERVICE | UNFOUNDED |

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **CENTRAL DISTRICT** | (PEOPLES, FELICIA T) | 4883 | POLICE OFFICER |

| (1) ALLEGATION | FINDING |
|---|---|
| SERVICE | UNFOUNDED |

## INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 3/21/2013 10:00 PM | | | | | 0 | 0 |

| Activity | Details of Incident |
|---|---|
| ◯ INVESTIGATION | The complainant stated the Officer Peoples did not want to take a Harboring report regarding her missing 14 year old daughter, ▇ but she wanted to hear the story. The complainant stated Officer Tia Davis did not want to go over to the location to get her daughter. The complainant stated her daughter remained at this location for the whole weekend. The complainant stated Inv Granger took over two weeks to sent the |

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Letter | 5/21/2013 |

| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: No |
|---|---|---|
| | | Officer-in-Charge Signed: No |

 **detroit police**

## CITIZEN COMPLAINT REPORT

**CCR# 47027**
**BPC# 10-1571**

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 12/6/2010 - 3:56 PM | , - | O.C.I. |

### CITIZEN

| Citizen's Involvement: COMPLAINANT | Last Name | First Name | MI | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| Relation To Victim: SELF | Canty | Joseph | | ▮ | 58 | | Male |

| | Street Address | | Apt | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| | ▮ | | ▮ | Detroit | | MI | 48219 |

| | Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|---|
| | ▮ | | | | |

### COMPLAINT

| Officer's Involvement: ACCUSED | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: CENTRAL DISTRICT | PEOPLES, FELICIA  T | 4883 | POLICE OFFICER |

| (2) ALLEGATION | FINDING |
|---|---|
| PROCEDURE | NOT SUSTAINED |
| DEMEANOR | NOT SUSTAINED |

### INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 12/6/2010    1:00 PM | | | | | 0 | 1 |

| Activity | Details of Incident |
|---|---|
| | Complainant went to 1300 Beaubien to file a complaint and female officer at front desk was rude and unprofessional. |

*Exhibit G*

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Phone | 12/6/2010 |
| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: No |
| | | Officer-in-Charge Signed: No |

 **detroit police**

# CITIZEN COMPLAINT REPORT

CCR# 46857
BPC# 10-1306

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 10/5/2010 - 9:59 AM | , - | O.C.I. |

## CITIZEN

| Citizen's Involvement: **COMPLAINANT** | Last Name | First Name | MI | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| Relation To Victim: **SELF** | Wood | Bruce | | ▮▮▮ | 53 | White | Male |

| | Street Address | | Apt | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| | ▮▮▮▮ | | ▮▮ | Detroit | | MI | 48201 |

| Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|
| ▮▮▮▮ | | | | |

## COMPLAINT

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **CENTRAL DISTRICT** | PEOPLES, FELICIA T | 4883 | POLICE OFFICER |

| (1) ALLEGATION | FINDING |
|---|---|
| DEMEANOR | NOT SUSTAINED |

## INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 9/28/2010    11:00 AM | | ▮▮▮ | | | 0 | 1 |

Activity

*Exhibit G*

Details of Incident

I just returned home after visiting the police station at 1300 Beaubien. I was treated VERY rudely by the policewoman at the front lobby door/metal detectors. I came there to file a police report. My mail delivered RX (controlled sub) was stolen from the manager aapt where I live. The VA will replace it when I bring in a police report. The policewoman said the VA does not mail RX (contr. Sub.) wrong, I've been getting this RX for many years mailed. She also said she remember me from before in a wheelchair, wrong, I've never been in a wheelchair, and that was the first time I ever been to the station, I had to ask for direction. She said I need all kinds of information, I mean ALL/MANY/MUCH information from my doctor, my doctor doesn't have that kind of time, she also, in a wise rude way said it has to be "signed, sealed, and notorized". She wouldn't let me talk or give me her name or card so I can try to have my doctor get in touch with her. She forced me out of the building, be walking closer and closer to me. I was treated like I was lost/homeless/sick/drunk or mental problem. She was very un-professional and rude. I'm a decorated military vet who is trying to get my medicine and am shocked by my policeperson. The post office has my RX delievered, manager says she never got it, doctor needs report, police need doctor info, its catch 22. I need my daily medicine, I've been without @ a week. Can someone help me, and tell that policewoman to be nicer. Thank you.

Description of officer: Tall, Black Female, Hair pulled back and tied, Uniform

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Fax | 10/5/2010 |

| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: No |
|---|---|---|
| | | Officer-in-Charge Signed: No |



## CITIZEN COMPLAINT REPORT

**CCR# 46679**
**BPC# 10-1223**

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 9/16/2010 - 8:00 AM | GODBEE, RONALD L - ███ | O.C.I. |

### CITIZEN

| Citizen's Involvement: **COMPLAINANT** | Last Name | First Name | MI | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| Relation To Victim: **UNKNOWN** | Maddox | Marquente | | | 0 | | Female |

| | Street Address | | Apt | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| | ███████ | | | Detroit | | MI | 48202 |

| | Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|---|
| | ███████ | | | | |

### COMPLAINT

| Officer's Involvement: **ACCUSED** | Officer's Name | Badge | Rank |
|---|---|---|---|
| Unit Involved: **CENTRAL DISTRICT** | PEOPLES, FELICIA T | 4883 | POLICE OFFICER |

| (2) ALLEGATION | FINDING |
|---|---|
| SERVICE | NOT SUSTAINED |
| DEMEANOR | NOT SUSTAINED |

### INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 8/28/2010   10:25 AM | | ███████ | | | 0 | 1 |

**Activity**

**Details of Incident**
The complainant alleged that she attempted to file a police report at the Central District and was denied. The complainant alleged that a female officer refused to take her report about a man attempting to scare her and her service dog. The complainant alleged that the officer refused to look at the pictures that she took of the individual and told her to take her dog and leave the station.

Exhibit G

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Unknown | 9/16/2010 |
| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: No |
| | | Officer-in-Charge Signed: No |



## CITIZEN COMPLAINT REPORT

CCR# 45208
BPC# 09-1451

| Date / Time of Report | Name / Badge of Officer Preparing Report | Unit Receiving Report |
|---|---|---|
| 10/28/2009 - 12:55 PM | , - | O.C.I. |

### CITIZEN

| Citizen's Involvement: COMPLAINANT | Last Name | First Name | MI | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| Relation To Victim: SELF | Willis | Mecca | Y | ▮▮▮▮ | 36 | Unknown | Female |

| | Street Address | Apt | City | State | Zip |
|---|---|---|---|---|---|
| | ▮▮▮▮▮ | ▮ | Southfield | MI | 48034 |

| | Resident Phone | Business Phone | Ext. | Cellular Phone | Pager |
|---|---|---|---|---|---|
| | ▮▮▮▮▮ | | | | |

### COMPLAINT

Officer's Involvement: ACCUSED
Unit Involved: CENTRAL DISTRICT

| Officer's Name | Badge | Rank |
|---|---|---|
| BALL, LEONARD T | 973 | POLICE OFFICER |

| (2) ALLEGATION | FINDING |
|---|---|
| SERVICE | EXONERATED |
| DEMEANOR | NOT SUSTAINED |

Officer's Involvement: ACCUSED
Unit Involved: CENTRAL DISTRICT

| Officer's Name | Badge | Rank |
|---|---|---|
| PEOPLES, FELICIA T | 4883 | POLICE OFFICER |

| (2) ALLEGATION | FINDING |
|---|---|
| SERVICE | EXONERATED |
| DEMEANOR | NOT SUSTAINED |

### INCIDENT

| Date / Time of Incident | Place of Incident | Street Address | Cross Street | Zip | Witnesses | Officers |
|---|---|---|---|---|---|---|
| 10/27/2009   12:20 PM | Central District | | | | 0 | 1 |

Activity
◉ PRECINCT VISIT

Details of Incident

The complainant stated she was assualted in the area of W Grand Blvd and Woodward. She stated after the assault she went into the Central District to file a report and the officers refused to take a report from her. Ms. Willis staed she was told to leave the district. She stated she returned a reprot was taken.

Crisnet #0910270196

*Exhibit G*

| Complaint Entered Elsewhere | Mode of Complaint Entry | Date of Complaint Entry |
|---|---|---|
| No | Phone | 10/28/2009 |

| Forward To Unit | Date Forwarded | Person Entering Complaint Signed: No |
|---|---|---|
| | | Officer-in-Charge Signed: No |

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Pro se - Demarciano Page

**DEFENDANTS**
City of Detroit, Henry Simmons III, Felicia Manning Peoples, Tatiana Walton

**(b)** County of Residence of First Listed Plaintiff **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Wayne**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
391, Monterey st. Highland Park, MI, zipcode - 48203 - phone (248) 252-9162

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |    Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &   Pharmaceutical   Slander   Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |    Liability   ☐ 368 Asbestos Personal ☐ 340 Marine   Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product   Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |    Liability   **PERSONAL PROPERTY** ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract |    Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise |    Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| |    Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability |    Accommodations ☐ 530 General | | 26 USC 7609 | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of |
| |    Employment   **Other:** | ☐ 462 Naturalization Application | | State Statutes |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| |    Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| |    Conditions of | | | |
| |    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42. U.S.C § 1983 and the 4th Amendment. 14th, 6th Amendment
Brief description of cause:
42 U.S.C 1985 False arrest, tampering with evidence - 42 U.S.C § 1983

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $150,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE David R. Grand DOCKET NUMBER 24-10074

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____